THE STATE OF OHIO, APPELLEE, *v.* PEARCE, APPELLANT.

[Cite as *State v. Pearce* (1996), 74 Ohio St.3d 533.]

(No. 95–1583—Submitted December 5, 1995—Decided February 14, 1996.)

*James R. Pearce, pro se.*

*Per Curiam.* We affirm the decision of the court of appeals for the reason stated in its memorandum decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.